**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LAURA NICHOLE BEAN                                                                  PLAINTIFF

v.                                              No. 3:16CV00193 JLH

ST. BERNARD'S MEDICAL CENTER                                             DEFENDANT

**ORDER**

The Court's attention has been directed to the fact that plaintiff, Laura Nichole Bean, is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores. The Local Rules can be obtained in person from the United States District Court Clerk for the Eastern District of Arkansas, or electronically at www.are.uscourts.gov. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 3rd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE