## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LAURA NICHOLE BEAN                                                                                          PLAINTIFF

v.                                              No. 3:16CV00193 JLH

ST. BERNARD'S MEDICAL CENTER                                                                      DEFENDANT

### ORDER

Laura Nichole Bean has filed a motion to dismiss this case voluntarily. That motion is GRANTED. Document #10. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 22nd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE